IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DILLON MATHEW VOEGELE,**

    **Petitioner,**

v.                                                            Case No. 4:24-cv-503-AW-MJF

**RICKY D. DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Dillon Matthew Voegele is serving life sentences based on his convictions for sexually battering a child. He seeks § 2254 relief here. The Secretary moved to dismiss, and, in a thorough report and recommendation, the magistrate judge recommends granting that motion and dismissing. ECF No. 21. Petitioner has filed objections to the report and recommendation, ECF No. 27, and I have considered de novo the issues he has raised.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The motion to dismiss (ECF No. 18) is GRANTED. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely and because the claim is not cognizable on federal habeas review." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on December 8, 2025.

                                              s/ *Allen Winsor*
                                              Chief United States District Judge